# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00273-CV

**William Anthony Brubaker, Appellant**

**v.**

**Patricia Byrne Brubaker, Appellee**

---

**FROM THE 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY
NO. 17-0199-F425, THE HONORABLE BETSY F. LAMBETH, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on June 25, 2018. After this Court granted multiple motions requesting an extension of time to file his brief, appellant's brief was due October 23, 2018. In granting the most recent extension, this Court advised appellant that no further extensions would be granted. On October 23, 2018, appellant filed a motion for reconsideration of extension of time to file his brief. Shortly after midnight on October 24, 2018, appellant submitted a brief, which was received, not filed, because it failed to comply with the rules of appellate procedure. Among other deficiencies, the brief lacks a signature, as well as the following required sections: issues presented, statement of facts, summary of the argument, and argument. *See* Tex. R. App. P. 9.1, 38.1(f)-(i). We notified appellant of various specific deficiencies and requested that he resubmit a compliant brief on or before October 26, 2018. To date, a rules-compliant brief has not been tendered for filing and is overdue. We deny

appellant's motion for reconsideration of time to file his brief.  We dismiss this appeal for want of prosecution.  *See* Tex. R. App. P. 42.3(b).

_____

Melissa Goodwin, Justice

Before Justices Puryear, Goodwin, and Bourland

Dismissed for Want of Prosecution

Filed:   November 8, 2018